# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES D. WILSON, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1. DEVON ENERGY PRODUCTION COMPANY, LP, and<br>2. RPC, INC d/b/a EPI CONSULTANTS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-20-245-C<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Parties' Joint Motion to Stay this case (Doc. No. 32). Upon consideration and for good cause shown, the Parties' Joint Motion is hereby **GRANTED**.

This case is hereby stayed, including a stay of all discovery, for a period of sixty (60) days from the date of this Order. This Court's prior Order, Doc. No. 29, is hereby STRICKEN. Within fourteen (14) calendar days of the expiration of the stay period, the Parties will submit a status update to the Court advising whether the case has been resolved, whether a new scheduling order will be needed, or whether additional time is needed for negotiations.

**IT IS SO ORDERED** this 22nd day of October 2020.

ROBIN J. CAUTHRON
United States District Judge